**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Nestor Rafael Guaraca-Sanay,**

    Petitioner,

                            CIVIL ACTION NO. **1:26-cv-12326-DJC**

V.

**David Wesling et. al,**

    Respondents.

## ORDER OF DISMISSAL

CASPER, D. J.

    In accordance with the Court's Order D. [9] dated June 29, 2026, this case is hereby DISMISSED.

                            By the Court,

June 29, 2026                           /s/ Erika Gutierrez
Date                                   Deputy Clerk